<u>**CALENDAR : MAGISTRATE'S PROCEEDING**</u>

<u>**BEFORE MAG. JUDGE ROBERT M. LEVY**</u>        DATE :   12/22 /11

<u>DOCKET NUMBER:</u>  **11 cr 844 (KAM)**        LOG # :  405-4:22

<u>DEFENDANT'S NAME :</u>     **VINCENT J. FUSELLA   JR.**
                ✓ Present        ___ Not Present        ✓ Custody        ___ Bail

<u>DEFENSE COUNSEL :</u>        **DAVID DAUGER**
                ___ Federal Defender       ___ CJA        ✓ Retained

<u>A.U.S.A</u>   **WHITMAN KNAPP**        DEPUTY CLERK :   **K. DILORENZO**

<u>INTERPRETER :</u> _____ (Language) _____

_____ Hearing held.  _____ Hearing adjourned to _____

✓ Defendant was released on $500,000 _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

1  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

3  Additional surety (ies) to co-signed bond by 1/3/12 _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.    Code Type____    Start_____    Stop _____

✓ Order of Speedy Trial entered.    Code Type_____    Start 12/21/11   Stop 1/24/12

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 1/24/12 @ 1pm   before Judge Matsumoto

<u>OTHERS :</u> _____